IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER HUEY, JUSTIN CHARLTON,**
**GARY LOONEY, and GEORGE LUCAS, Each**
**Individually and on Behalf of All Others**
**Similarly Situated**                                                                    **PLAINTIFFS**

vs.                                          No. 4:20-cv-685-LPR

**TRINITY PROPERTY MANAGEMENT, LLC**                                    **DEFENDANT**

### JOINT NOTICE OF LIABILITY SETTLEMENT

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiffs and Defendant has reached a settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages. The Parties have also reached a settlement as to the wage claims in the related cases *Chad Bolin, et al. v. Trinity Property Management, LLC, et al.*, (E.D. Ark.) Case No. 4:20-cv-885-LPR; and *David Brown, et al. v. Trinity Property Management, LLC*, (E.D. Ark.) Case No. 4:19-cv-617-LPR.

The Parties expect to file a Joint Stipulation of Dismissal within 60 to 90 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable attorney's fee, Plaintiff will submit a petition for an award of attorney's fees within 14 days after the Court's Order dismissing the lawsuit.

Respectfully submitted,

**CHRISTOPHER HUEY, JUSTIN CHARLTON, GARY LOONEY, and GEORGE LUCAS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**TRINITY PROPERTY MANAGEMENT, LLC, TRI 5 JACKSONVILLE, LLC, and ANDMARK CHAPEL RIDGE OF CONWAY, LLC, DEFENDANTS**

ROBERTSON, BEASLEY,
SHIPLEY & ROBINSON, PLLC
315 North 7th Street
Fort Smith, Arkansas 72901
Telephone: (479) 782-8813
Facsimile: (479) 785-0254

Christopher D. Brockett
Ark. Bar No. 2005192
cbrockett@rbsr-attorneys.com

/s/ Jon Robinson
Jon P. Robinson
Ark. Bar No. 91047
jrobinson@rbsr-attorneys.com

Jay W. Kutchka  
Ark. Bar No. 96010  
jkutchka@rbsr-attorneys.com