IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER HUEY, JUSTIN CHARLTON,
GARY LOONEY, and GEORGE LUCAS,
Each individually and on Behalf of All
Others Similarly Situated                                                        PLAINTIFFS

v.                              Case No.: 4:20-cv-685-LPR

TRINITY PROPERTY MANAGEMENT, LLC                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.[1]

IT IS SO ADJUDGED this 17th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court retains jurisdiction to enforce the terms of the settlement agreement and to resolve any disputes over attorneys' fees and costs.