IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CHRISTOPHER HUEY, JUSTIN CHARLTON,** **GARY LOONEY and GEORGE LUCAS,** Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs. | No. 4:20-cv-685-LPR |
| **TRINITY PROPERTY MANAGEMENT, LLC,** | **DEFENDANT** |

### PLAINTIFFS' MOTION FOR LIMITED RECONSIDERATION OF ORDER, ECF NO. 69

Plaintiffs Christopher Huey, Justin Charlton, Gary Looney, and George Lucas move this Court for an Order amending its previous Order, ECF No. 69, to grant an additional 16.3 hours of billed attorney and paralegal time totaling $1,832.50 as reasonably incurred attorneys' fees, for the reasons set forth in the accompanying brief in support of this Motion.

Page 1 of 2
Christopher Huey, et al. v. Trinity Property Management, LLC
U.S.D.C. (E.D. Ark.) No. 4:20-cv-685-LPR
Plaintiffs' Motion for Limited Reconsideration of Order, ECF No. 69

Respectfully submitted,

**CHRISTOPHER HUEY, JUSTIN CHARLTON, GARY LOONEY and GEORGE LUCAS, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Christopher Huey, et al. v. Trinity Property Management, LLC
U.S.D.C. (E.D. Ark.) No. 4:20-cv-685-LPR
Plaintiffs' Motion for Limited Reconsideration of Order, ECF No. 69