IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


**CHRISTOPHER HUEY, JUSTIN CHARLTON,**                                    **PLAINTIFFS**
**GARY LOONEY and GEORGE LUCAS,**
**Each Individually and on Behalf of**
**All Others Similarly Situated**


vs.                                         No. 4:20-cv-685-LPR


**TRINITY PROPERTY MANAGEMENT, LLC,**                                    **DEFENDANT**


### EXHIBIT 1 TO MOTION FOR RECONSIDERATION – FILED UNDER SEAL PURSUANT TO ECF NO. 69


Respectfully submitted,

**CHRISTOPHER HUEY, JUSTIN CHARLTON,**
**GARY LOONEY and GEORGE LUCAS,**
**PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 1 of 1**
**Christopher Huey, et al. v. Trinity Property Management, LLC**
**U.S.D.C. (E.D. Ark.) No. 4:20-cv-685-LPR**
**Plaintiffs' Motion for Limited Reconsideration of Order, ECF No. 69**